IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-144

| | |
|---|---|
| B.H., by and through his Guardian ad Litem, JENNIFER HEDRICK, and JENNIFER HEDRICK, individually<br><br>Plaintiffs<br><br>v.<br><br>OUTBACK STEAKHOUSE OF FLORIDA, INC., BLOOMIN' BRANDS, INC., BLOOMIN' BRANDS INTERNATIONAL, LLC, MDC NC1, LP, MDC COAST 4, LLC and REALTY INCOME CORPORATION,<br><br>Defendants. | **ORDER ON JOINT MOTION TO REMAND** |

This case comes before the Court on the parties' Joint Motion to Remand. Upon consideration of the Motion and the parties' Stipulation and Agreement Regarding Damages, the Court GRANTS the parties' Joint Motion to Remand and hereby orders this matter to be remanded to the Superior Court of Robeson County, North Carolina.

SO ORDERED this the 7th day of October, 2021.

_____
LOUISE W. FLANAGAN
United States District Court Judge