UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| B.H. by and through his Guardian Ad Litem, ) <br> Jennifer Hedrick, and JENNIFER HEDRICK ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> OUTBACK STEAKHOUSE OF FLORIDA, INC., ) <br> BLOOMIN' BRANDS INTERNATIONAL, LLC, ) <br> MDC NC1, LP, MDC COAST 4, LLC and ) <br> REALTY INCOME CORPORATION ) <br> Defendants ) | **JUDGMENT** <br><br> No. 7:21-CV-144-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the parties joint motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 7, 2021, more particularly described therein, that the captioned action be and hereby is remanded to Robeson County Superior Court.

**This Judgment Filed and Entered on October 7, 2021, and Copies To:**
Donald S. Higley, II (via CM/ECF Notice of Electronic Filing)
Matthew Burke / Christopher A. Page (via CM/ECF Notice of Electronic Filing)
The Honorable Shelena Smith (via U.S. Mail at Robeson County Clerk of Superior Court,
P. O. Box 1084, Lumberton, NC 28359)

October 7, 2021            PETER A. MOORE, JR., CLERK

                                                 /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk